*Susann E. Gill,* assistant state's attorney, in opposition.

Decided April 22, 1996

## STATE OF CONNECTICUT *v.* TERRY RICHARDSON

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 526 (AC 13045), is denied.

*Ellen A. Jawitz,* in support of the petition.

*Robert J. Scheinblum,* deputy assistant state's attorney, in opposition.

Decided April 22, 1996

## BANK OF BOSTON CONNECTICUT *v.* AVON MEADOW ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 40 Conn. App. 536 (AC 13326), is denied.

*Peter B. Rustin,* in support of the petition.

*Ann M. Siczewicz* and *Ben Krowicki,* in opposition.

Decided April 22, 1996

## SAMUEL MALBAURN ET AL. *v.* ALBERT E. WEISS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 914 (AC 14340), is denied.

*Albert E. Weiss, Jr.,* pro se, in support of the petition.

Decided April 22, 1996